# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# ASHLAND

CIVIL ACTION NO. 04-CV-76-HRW

JUDITH ANN LOGAN,                                         PLAINTIFF,

v.                               **JUDGMENT**

MARATHON ASHLAND PETROLEUM,
LLC.,                                                     DEFENDANT.

\* \* \* \* \* \* \* \*

In compliance with Fed. R. Civ. P. 58,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

(1) the Defendant's motion for summary judgment is **SUSTAINED**;

(2) this matter is hereby **STRICKEN** from the docket;

(3) there being no just cause for delay, this is a **FINAL AND APPEALABLE** Judgment.

This August 4, 2005.



Signed By:
Henry R Wilhoit Jr.
United States District Judge